# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

———————oOo———————



FILED
SEP 09 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

JOSE TORRES QUINTERO

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:13 CR 374 AWI/BAM

I, JOSE TORRES QUINTERO, acknowledge that I am accused of a violation of 21 U.S.C. ' 856(a)(2), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby in open court waive prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

×Jose Quintero.×

JOSE TORRES QUINTERO
Defendant

DAN HARRALSON
*Counsel for Defendant*

9-8-15