IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:13-cr-00374-AWI-BAM-2 |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| JUAN JOSE QUINTERO MAGALLON, | ) |
| Defendant. | ) |

   The above named defendant having been sentenced on November 9, 2015 to 21 months custody(TIME SERVED),

   IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   November 9, 2015                    _____
                                              SENIOR DISTRICT JUDGE

Order of Release - 1